1
2
3
4
5

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>ANA TELLEZ (1),<br><br>           Defendant. | Case No.:  20-CR-2979-BAS<br><br>**ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Motion for Early Termination of supervised release is granted in the interests of justice pursuant to 18 U.S.C 3583(e).

IT IS FURTHER ORDERED that a hearing is not required as the conditions set forth in Federal Rule of Criminal Procedure 32.1(c)(2) have been met.

IT IS SO ORDERED.

Dated: April 24, 2024

Honorable Cynthia Bashant
United States District Judge